FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2011 AUG -2 PM 3:36

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES OF AMERICA

    Petitioner,

v.

CASEY PAUL,

    Respondent.

Case No. 2:07-mc-40-JES-SPC

## PETITIONER'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

Petitioner at this time brings to this honorable courts attention that in Schulz v. IRS, Case No. 04-0196-cv, the U.S. Court of Appeals for the Second Circuit held "[ a taxpayer ] cannot be held in contempt, arrested, detained, or otherwise punished for refusing to comply with the original IRS summons, no matter the taxpayer's reason, or lack of reasons for so refusing."

Without declaring those provisions of the Code unconstitutional on their face, the court, in effect, nullified key enforcement provisions: Of the internal Revenue Code, stripping the IRS of much of its power to compel compliance with its administrative demands for personal and private property. The court characterized IRS summons issued under Section 7602 as a mere "request".

Respectfully Submitted,
Casey Paul

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2011, I placed in U.S. Mail a copy of the foregoing to the following:

Casey L. Paul, pro-se

9600 Shadow Oak Ln
North Ft. Myers, FL 33917

1. /s/ Kyle S. Cohen
   KYLE S. COHEN
   Assistant United States Attorney
   Florida Bar No. 0829951
   2110 First Street, Suite 3-137
   Ft. Myers, Florida 33901
   Telephone No. (239) 461-2200

2. JACQELYN PARRON
   REVENUE OFFICER
   2891 CENTER POINT DR. SUITE 100
   FT. MYERS, FL 33916

3. CLERK OF COURT
   CLERK, CHARLEY GREEN.
   P.O. BOX 2469
   FT. MYERS, FL 32301

4. SHERL POLSTER CHAPPLE #6-186
   UNITED STATES MAGISTRATE JUDGE
   2110 FIRST STREET
   FT. MYERS, FL 33901-3080