**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

**USA,**

      **Petitioner,**

**V.**                                      **Case No:  2:11-CV-440-FtM-36SPC**

**CASEY L. PAUL**

      **Respondent.**

_____/

**ORDER**

This matter comes before the Court on the Respondent, Casey L. Paul's Motion to Quash the IRS Subpoena (Doc. #46) filed on April 25, 2012.  On June 15, 2012, the District Court issued an Order (Doc. # 50) directing the Undersigned to enter an order or submit a report and recommendation as to the appropriate disposition of the motion.

On March 4, 2008, the Court directed the Respondent to comply with a Summons issued by the Internal Revenue Service (IRS). The Respondent failed to comply.  Again on September 8, 2011, the Court directed the Respondent to comply with the IRS Summons by appearing before IRS Revenue Officer Jacquelyn Perron on November 2, 2011, or be found in contempt.  The Respondent again failed to Comply and the Undersigned issued a Report and Recommendation (R & R) (Doc. # 34) on September 19, 2011, recommending that the Respondent be held in contempt.  The District Court adopted the Undersigned's R & R on

October 19, 2011, (Doc. # 36) and ordered the Respondent to comply with the IRS Summons and the Court's previous Orders.

On February 9, 2012, the Petitioner filed a Notice of Non-Compliance stating that the Respondent had failed to comply with the Court's October 19, 2011, Order adopting the R & R and directing him to comply with the IRS summons and previous Orders of the Court.

After the Petitioner filed an affidavit with the Court on February 9, 2012, informing the Court that the Respondent Paul had failed to comply with the Court's Orders, the District Court issued a warrant for the Respondent's arrest on April 26, 2012. The Respondent was arrested and taken into custody by the United States Marshals Service. After his arrest and incarceration, the Respondent agreed to produce all of the documents requested by the IRS. After the IRS informed the Court that the Respondent had fully complied, the Court purged the Respondent's contempt.

As such, the Respondent's Motion to Quash is moot and due to be denied as such.

Accordingly, it is now

**ORDERED:**

The Respondent, Casey L. Paul's Motion to Quash the IRS Subpoena (Doc. #46) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 15th Day of June, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record